IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE MOODY BIBLE INSTITUTE OF CHICAGO, ) ) | | |
| Plaintiff, ) | Case No. 25 cv 13500 | |
| v. ) ) | Judge Lindsay C. Jenkins | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, ) ) ) | Magistrate Judge | |
| Defendant. ) | M. David Weisman | |

**DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Rule 12 of the Federal Rules, Defendant requests an order extending the time for Defendant to answer (or otherwise file a motion) in response to the Complaint. Plaintiffs' Counsel does not oppose this scheduling request. In support of this motion, Defendant states:

1. Tomorrow, Defendant is responding to the pending motion for a preliminary injunction.

2. Defendant's answer (or motion) in response to the Complaint is now due on January 5, 2026.

3. Due to the holidays, and because Defendant's Counsel has spent a large part of December working on the pending preliminary injunction motion, Defendant is now requesting an extension of time on that January 5th due date.

4. Defendant is asking for February 2, 2026, as the new due date of its answer or Rule 12 Motion in response to the Complaint.

5. Earlier today, Thomas Doyle (Counsel for the Board) emailed Counsel

for Plaintiff to ask if this motion was opposed. Jeremiah Galus (one of Plaintiff's lawyers) responded by email that Plaintiff did not object to this scheduling request.

6. A short extension of time would serve the interests of justice and would facilitate an efficient approach to this litigation. No one would be prejudiced by this extension.

WHEREFORE, Defendant requests an extension of time -- until February 2, 2026 -- to answer or other move in response to the Complaint.

December 22, 2025          Respectfully submitted,

Elizabeth K. Barton, Acting General Counsel

By:     /s/ *Thomas A. Doyle*

Thomas A. Doyle, Assistant Deputy General Counsel (tadoyle2@cps.edu)
Clara R. Kent, Assistant General Counsel (crkent@cps.edu)
Board of Education of the City of Chicago, Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700
***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

    I certify that on December 22, 2025, I caused the foregoing document be served on Plaintiff's Counsel via the Court's ECF system.


By: */s/ Thomas A. Doyle*