UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE MOODY BIBLE INSTITUTE OF CHICAGO**, an Illinois not for profit corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>**BOARD OF EDUCATION OF THE CITY OF CHICAGO**, a body politic and corporate,<br><br>       Defendants. | Case No.: 1:25-cv-13500<br><br>Judge Lindsay C. Jenkins |

## JOINT STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, having reached a settlement agreement that resolves all claims. Each party shall bear its own fees and costs.

Dated: March 12, 2026

/s/ Clara Kent
Clara R. Kent, Assistant General Counsel (crkent@cps.edu)
Board of Education of the City of Chicago, Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700

*Attorneys for Defendant*

/s/ Jeremiah Galus
David A. Cortman, N.D. Ill. Bar No. 188810
 dcortman@adflegal.org
Alliance Defending Freedom
1000 Hurricane Shoals Rd., NE Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774

Ryan Tucker, AZ Bar No. 034382*
 rtucker@adflegal.org
Jeremiah Galus, AZ Bar No. 030469*
 jgalus@adflegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020

1

Jacob Reed, VA Bar No. 97181*
   jreed@adflegal.org
Alliance Defending Freedom
Riverside Parkway
Lansdowne, VA 20176
(480) 388-8263

John W. Mauck, IL Bar No. 1797328
   jmauck@mauckbaker.com
Whitman H. Brisky, IL Bar No. 1665634
   wbrisky@mauckbaker.com
Mauck & Baker, LLC
1 North LaSalle Street, Ste. 3150
Chicago, IL 60602
(312) 726-1243

*Attorneys for Plaintiff*
**Admitted Pro Hac Vice*

2